# EXHIBIT 1

| | |
|---|---|
| **From:** | Medatia, Samhitha |
| **To:** | Ryan Santurri; Brian Gilchrist; "Cynthia.Lee@thomashorstemeyer.com"; "dan.gresham@thomashorstemeyer.com" |
| **Cc:** | Specht, Kara; Lavenue, Lionel |
| **Subject:** | RE: Omega Patents, LLC v. Bayerische Motoren Werke AG et al (Case No. 1:20-cv-01907) |
| **Date:** | Wednesday, July 29, 2020 9:28:13 AM |

Ryan,

BMWAG has not entered an appearance in the case and is not a part of this case. Thus, Omega's attempts to extract concessions by BMWAG, based on defects in a pleading as to BMWNA, are quite improper. Furthermore, as you know, BMWAG cannot and would not agree to waive service, and BMWAG would certainly not waive any objection to jurisdiction and/or venue.

As to the only pending matter, as to BMWNA, we extended a reasonable offer for Omega to amend its facially deficient pleading (the initial Complaint), as to venue over BMWNA, in order to avoid motion practice. We see that Omega will not agree, and accordingly, we will seek to dismiss the Complaint on behalf of BMWNA, for the failure to adequately plead venue. Given that we have flagged the issue of potential lack of pre-suit investigative diligence well in advance, we reserve the right to seek fees/costs for briefing the motion to dismiss, if Omega later amends to address the deficient claim of venue.

As to the allegation of "delay," the fault lies with Omega, not BMWNA. Any additional time you have to spend to properly serve an amended complaint on BMWAG is due to your own failure to draft and file an adequate complaint in the first instance, compounded by your refusal to timely correct the deficiencies.

Regards,
Samhitha

**From:** Ryan Santurri <rsanturri@allendyer.com>
**Sent:** Monday, July 27, 2020 4:29 PM
**To:** Medatia, Samhitha <Samhitha.Medatia@finnegan.com>; Brian Gilchrist <bgilchrist@allendyer.com>; 'Cynthia.Lee@thomashorstemeyer.com' <Cynthia.Lee@thomashorstemeyer.com>; 'dan.gresham@thomashorstemeyer.com' <dan.gresham@thomashorstemeyer.com>
**Cc:** Specht, Kara <Kara.Specht@finnegan.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Subject:** RE: Omega Patents, LLC v. Bayerische Motoren Werke AG et al (Case No. 1:20-cv-01907)

**EXTERNAL Email:**

Samhitha,

We have considered the venue issue that you raised. Because BMWAG was unwilling to accept service, Omega has already started the service process through the. An amendment would likely require Omega to translate the amended complaint and restart the service process, further delaying

the action. However, Omega is willing to consider amending the complaint to remove references to BMW dealerships if (a) BMWAG agrees to waive service and respond to the complaint at the same time as BMWNA; and (b) both BMWNA and BMWAG stipulate to jurisdiction and venue in N.D. Ga. Please let me know your position.

Regards,
Ryan



**Ryan T. Santurri Esq.**
*Shareholder, Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
255 South Orange Avenue | Suite 1401 | Orlando, FL 32801

(407) 841-2330 x 181 | phone
(407) 841-2343 | fax

website | bio | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

---

**From:** Medatia, Samhitha <Samhitha.Medatia@finnegan.com>
**Sent:** Monday, July 27, 2020 11:42 AM
**To:** Ryan Santurri <rsanturri@allendyer.com>; Brian Gilchrist <bgilchrist@allendyer.com>; 'Cynthia.Lee@thomashorstemeyer.com' <Cynthia.Lee@thomashorstemeyer.com>; 'dan.gresham@thomashorstemeyer.com' <dan.gresham@thomashorstemeyer.com>
**Cc:** Specht, Kara <Kara.Specht@finnegan.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Subject:** [EXTERNAL] RE: Omega Patents, LLC v. Bayerische Motoren Werke AG et al (Case No. 1:20-cv-01907)

Dear Ryan,

Hope you had a nice weekend.  We were wondering if you had an update on whether Omega intends to file an amended complaint as we discussed on Thursday?  We'd appreciate a response by tomorrow given the current deadline to respond to your pending Complaint.  If you need more time, we are amenable to a 7-14-day extension.  Please let us know.

Thanks,
Samhitha

---

**From:** Ryan Santurri <rsanturri@allendyer.com>
**Sent:** Monday, July 20, 2020 12:52 PM

**To:** Medatia, Samhitha <Samhitha.Medatia@finnegan.com>; Brian Gilchrist <bgilchrist@allendyer.com>; 'Cynthia.Lee@thomashorstemeyer.com' <Cynthia.Lee@thomashorstemeyer.com>; 'dan.gresham@thomashorstemeyer.com' <dan.gresham@thomashorstemeyer.com>
**Cc:** Specht, Kara <Kara.Specht@finnegan.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Subject:** RE: Omega Patents, LLC v. Bayerische Motoren Werke AG et al (Case No. 1:20-cv-01907)

**EXTERNAL Email:**

Samhitha,

I am available Wednesday or Thursday afternoon to discuss.

Regards,
Ryan




**Ryan T. Santurri Esq.**
*Shareholder, Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
255 South Orange Avenue | Suite 1401 | Orlando, FL 32801

(407) 841-2330 x 181 | phone
(407) 841-2343 | fax

website | bio | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Medatia, Samhitha <Samhitha.Medatia@finnegan.com>
**Sent:** Friday, July 17, 2020 6:28 PM
**To:** Brian Gilchrist <bgilchrist@allendyer.com>; 'Cynthia.Lee@thomashorstemeyer.com' <Cynthia.Lee@thomashorstemeyer.com>; 'dan.gresham@thomashorstemeyer.com' <dan.gresham@thomashorstemeyer.com>; Ryan Santurri <rsanturri@allendyer.com>
**Cc:** Specht, Kara <Kara.Specht@finnegan.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Subject:** [EXTERNAL] Omega Patents, LLC v. Bayerische Motoren Werke AG et al (Case No. 1:20-cv-01907)

Dear Ryan,

We write regarding the above-captioned case. While preparing our response to the Complaint, we identified a severe deficiency that may reflect a lack of pre-suit investigative diligence. That said, we think a conversation may be helpful to resolve the issue. Can you please let us know a few times on

Wednesday, July 22 or Thursday, July 23 that you are available?

Regards,
Samhitha

**Samhitha Muralidhar Medatia**
Attorney

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
271 17th Street, NW, Suite 1400, Atlanta, GA 30363-6209
404.653.6419 | fax 404.653.6444 | **samhitha.medatia@finnegan.com** | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.