IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| **OMEGA PATENTS, LLC,** a Georgia limited liability company, | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No.: 1:20-cv-01907-SDG ) ) JURY TRIAL DEMANDED |
| **BAYERISCHE MOTOREN WERKE AG**, a Foreign company, and **BMW OF NORTH AMERICA, LLC,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## DEFENDANT BMW OF NORTH AMERICA, LLC's REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS FOR IMPROPER VENUE

Defendant BMW of North America, LLC ("BMWNA") respectfully requests the Court hold oral argument on its Motion to Dismiss for Improper Venue (D.I. 43).

BMWNA believes oral argument will assist the Court in ruling on the motion because it will allow the parties and the Court to fully address the patent venue statute, as interpreted under *TC Hartland* and *In re Cray*, as it pertains to the third-party dealerships within the District—the only basis Omega has pled for establishing venue over BMWNA. Because BWMNA's motion is dispositive, it

believes the Court would benefit from a full discussion of the pertinent case law, including the *Blitzsafe* decision Omega relies on nearly exclusively.

BMWNA further believes that judicial efficiency will best be served by waiting to hold oral argument until BMWAG has been properly served and filed its responsive pleading, so any oral argument on BMWNA's pending motion may be combined with oral argument on any potential motion brought by BMWAG.

Additionally, BMWNA represents, pursuant to the Court's Standing Order, Section II.m (D.I. 7), it will have an attorney with fewer than five years of litigation experience conduct the argument. Kara Specht has been a licensed Georgia attorney since December 2013, but she did not practice litigation until mid-2015. Her first year-and-a-half of practice was spent practicing before the United States Patent and Trademark Office in prosecution and Patent Trial and Appeal Board matters. She also took a secondment to work as in-house counsel for 6 months in 2019. She has only argued one previous motion during her years of practice. BMWNA represents in good faith that Kara Specht will present BMWNA's argument, should the Court grant this request, and that her litigation experience meets the Court's experience requirements for favorable consideration.

                                      Respectfully submitted,

Dated: September 14, 2020

                                      */s/ Lionel M. Lavenue*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone: (571) 203-2700
Fax:     (202) 408-4400

Kara A. Specht (*Ga. Bar No. 881687*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

R. Benjamin Cassady (*pro hac vice*)
Kai Rajan (*pro hac vice*)
Kevin J. Spinella (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

*Attorneys for Defendant BMW of North America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to all counsel of record who have appeared in this case.

/s/ Kara A. Specht

Kara A. Specht (*Ga. Bar No. 881687*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

*Attorney for Defendant BMW of North America, LLC*