IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OMEGA PATENTS, LLC,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>BAYERISCHE MOTOREN WERKE AT, ET AL<br>　　　Defendants, | Civil Action No.<br>1:20-cv-01907-SDG |

### NOTICE SETTING ORAL ARGUMENT

Notice is hereby given that the Court has set a hearing for **Tuesday, November 17, 2020 at 10:00 a.m.** before the Honorable Steven D. Grimberg, in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 for argument on Defendant BMW of North America, LLC's Motion to Dismiss [Doc 43]. Argument on the pending motion will be limited to 30 minutes for each side.

Signed this the 8th day of October 2020.

_____
Steven D. Grimberg
United States District Court Judge