IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OMEGA PATENTS, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AG, a Foreign company, and BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 1:20-cv-01907-SDG |

**|PROPOSED| ORDER GRANTING PLAINTIFF
OMEGA PATENTS, LLC'S MOTION TO PERMIT AUDIO/VISUAL
EQUIPMENT INTO COURT FOR USE AT HEARING**

For use in connection with the hearing on Defendant BMW of North America, LLC's Motion to Dismiss the Complaint for Improper Venue, set for November 17, 2020 at 10:00 a.m. in Courtroom 1707, the Court hereby ORDERS as follows:

Counsel for Plaintiff Omega Patents, LLC shall be permitted to bring into Courtroom 1707 in the United States Courthouse for the Northern District of Georgia, Atlanta Division, the following equipment for use at the hearing:

      1.      Cynthia J. Lee (one cell phone, one laptop computer, and associated cables/power cords).

So ORDERED this \_\_\_\_ day of November, 2020.

                                    _____
                                    United States District Judge Steven D. Grimberg