# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-01907-SDG
### Omega Patents, LLC v. Bayerische Motoren Werke AG et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 11/17/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:10 A.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:10                       DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Lionel Lavenue representing BMW of North America, LLC<br>Cynthia Lee representing Omega Patents, LLC<br>Ryan Santurri representing Omega Patents, LLC<br>Kara Specht representing BMW of North America, LLC<br>Kevin Spinella representing BMW of North America, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [43] Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral Argument held on Defendant BMW of North America, LLC's Motion to Dismiss [ECF 43]. After hearing from both sides, the Court has taken the motion under advisement. A written order will follow at a later date. The parties shall notify the court via email to chambers by November 24, 2020 whether the parties have reached a proposed resolution to the motion. |